March 28, 2008

Mr. David A. Furlow
Thompson & Knight, L.L.P.
333 Clay Street, Suite 3300
Houston, TX 77002

Ms. Toni Hunter
Gray & Becker, P.C.
900 West Avenue
Austin, TX 78701-2210
Mr. Bruce S. Powers
Assistant County Attorney
1019 Congress, 15th Floor
Houston, TX 77002

RE: Case Number: 05-0283
 Court of Appeals Number: 01-02-01043-CV
 Trial Court Number: C-2002-090290

Style: CARL R. PRUETT AND NATIONAL AMERICAN INSURANCE COMPANY
 v.
 HARRIS COUNTY BAIL BOND BOARD, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Karinne |
| |McCullough |
| |Mr. Charles |
| |Bacarisse |
| |Mr. Paul K. Nesbitt |
| |Ms. Sandra D. Hachem|
| | |
| |Mr. Robert M. O'Neil|